IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | INDICTMENT NO. 5:10-CR-  15 - HL |
| v. | ) | |
| | ) | 18 U.S.C. § 922(a)(6) |
| TRACY MECHELLE JOHNSON | ) | 18 U.S.C. § 924(a)(2) |
| and | ) | 18 U.S.C. § 2 |
| FRANK JOHNSON | ) | FALSE STATEMENTS |
| | ) | TO PURCHASE FIREARMS |

**THE GRAND JURY CHARGES:**

## COUNT ONE

**(FALSE STATEMENT TO PURCHASE FIREARMS - TRACY MECHELLE JOHNSON)**

On or about the following date, in the Middle District of Georgia, and within the jurisdiction of this Court, defendant **TRACY MECHELLE JOHNSON**, in connection with the acquisition of the following firearms from the following federally licensed firearms dealer, did knowingly and willfully make false and fictitious written statement, to wit: that she was the buyer and true purchaser of all of the firearms purchased, when in fact the firearms were purchased for another person, which statements were intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale of said firearms, as follows:

| COUNT | DATE | FFL | FIREARMS | LOCATION OF SALE |
|---|---|---|---|---|
| 1 | 12/20/08 | Little's Bait and Tackle, Perry, GA | a. Ruger, Model P90, .45 caliber, semiautomatic pistol, serial number 663-79281<br>b. Taurus, Model PT24/7, 9mm semiautomatic pistol, serial number TZL60816<br>c. Hi-Point, Model JCP, .40 caliber semiautomatic pistol, serial number X781118<br>d. Hi-Point, Model JCP, .40 caliber semiautomatic pistol, serial number X781117 | Perry, GA |

in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

### (FALSE STATEMENT TO PURCHASE FIREARMS – TRACY MECHELLE JOHNSON and FRANK JOHNSON)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about the following date, in the Middle District of Georgia, and within the jurisdiction of this Court, defendant **TRACY MECHELLE JOHNSON**, aided, abetted, counseled and commanded by **FRANK JOHNSON**, in connection with the acquisition of the following firearms from the following federally licensed firearms dealer, did knowingly and willfully make false and fictitious written statement, to wit: that she, **TRACY MECHELLE JOHNSON**, was the buyer and true purchaser of all of the firearms purchased, when in fact the firearms were purchased for **FRANK JOHNSON**, which statements were intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale of said firearms, as follows:

| COUNT | DATE | FFL | FIREARMS | LOCATION OF SALE |
|---|---|---|---|---|
| 2 | 5/13/09 | Little's Bait and Tackle, Perry, GA | a. Hi-Point, Model CF, .380 caliber semiautomatic pistol, serial number P8006941<br>b. Hi-Point, Model CF, .380 caliber semiautomatic pistol, serial number P8006947 | Perry, GA |

in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2) and Title 18, United States Code, Section 2.

A TRUE BILL.

s/FOREPERSON OF THE GRAND JURY

PRESENTED BY:

_____
MICHAEL T. SOLIS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 10th day of Feb., AD 2010.

_____
Deputy Clerk