# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 5:10-CR-15 (HL)** |
| : | |
| **v.** : | |
| : | |
| **TRACY MECHELLE JOHNSON** : | |
| : | |

## **O R D E R**

Upon the motion of the Government, and for the reasons set forth in the Government's Motion to Continue, IT IS HEREBY ORDERED that the case be continued from the October term of court to the next term of court. In support of this order, the Court specifically finds:

(1)

The Defendants are the subject of a multi-count indictment. The Defendants were indicted on February 10, 2010, and charged with false statement to purchase firearms. The Defendant's initial appearances was February 25, 2010. She was arraigned on February 25, 2010, and entered a plea of not guilty.

(2)

The charges against the co-defendant are the same as those against Defendant. A continuance will avoid multiple trials based on the same evidence.

(3)

IT IS HEREBY ORDERED that the case against Defendants be continued to the next Term of Court.

IT IS FURTHER ORDERED that any delay occasioned by the order be deemed excludable delay pursuant to Title 18, United States Code, Section 3161(h) of the Speedy Trial Act.

SO ORDERED, this 30th day of March, 2010.

<u>*s/   Hugh Lawson*</u>
HONORABLE HUGH LAWSON
UNITED STATES DISTRICT JUDGE

Presented by:

s/MICHAEL K. DENNARD
BAR NO. 217757
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
MIDDLE DISTRICT OF GEORGIA
P.O. BOX 1702
MACON, GEORGIA 31202
Telephone: (478) 752-3511
Fax: (478) 621-2655